UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

KYEONE STONE,

Defendant.

**INDICTMENT**

24 Cr.

**24 CRIM 349**

**COUNT ONE**
(Assaulting a Designated Person)

The Grand Jury charges:

1. On or about December 15, 2023, in the Southern District of New York, KYEONE STONE, the defendant, knowingly and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with a person designated in Title 18, United States Code, Section 1114, while engaged in and on account of the performance of official duties, and in doing so, made physical contact with the victim of the assault and inflicted bodily injury, to wit, STONE punched a transport officer (the "Officer") who was assisting officers and employees of the United States Marshals Service transporting STONE from a federal court proceeding to a pretrial detention facility, causing the Officer to suffer bruising of the face and nose.

(Title 18, United States Code, Sections 111(a)(1) and (b).)

_____
FOREPERSON  5/30/2024

_____
DAMIAN WILLIAMS
United States Attorney